UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

---

NEXTGEAR CAPITAL, INC.

      Plaintiff,

VS.   CASE NO. 4:14cv0256-JM

ARKANSAS AUTO EXCHANGE, INC.,
R J's AUTO SALES, INC. D/B/A
R J's AUTO SALES, RODNEY F. BOWDEN
A/K/A RODNEY FARRELL BOWDEN,
SIMMONS FIRST NATIONAL BANK
SUCCESSOR BY MERGER OF
METROPOLITAN NATIONAL BANK,

      Defendants.



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 25 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

---

NOTICE OF PRESENTATION OF
PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

---

      TO:

ARKANSAS AUTO EXCHANGE, INC.,
R J's AUTO SALES, INC. D/B/A
R J's AUTO SALES, RODNEY F. BOWDEN
A/K/A RODNEY FARRELL BOWDEN,
SIMMONS FIRST NATIONAL BANK
SUCCESSOR BY MERGER OF
METROPOLITAN NATIONAL BANK,

      Please take notice that on _____, the ___ day of April, 2014, at 10:00 A.M., Plaintiff NextGear Capital, Inc., (hereinafter "NextGear" or "Plaintiff"), through undersigned counsel, will appear before the United States District Court for the Eastern District of Arkansas, Little

Rock Division, to present its Motion for a Temporary Restraining Order pursuant to Fed. R. Civ. Pro. 65(b).

Please take such action as you deem necessary and appropriate to respond to the Motion, copies of which are served upon you herewith.

Respectfully submitted,

*Henry Shelton (w/ permission DBoyce)*

Henry C. Shelton, III (Arkansas Bar #2010015)
Emily C. Taube (Arkansas Bar #2010024)
ADAMS AND REESE LLP
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Telephone: (901) 525-3234
Facsimile: (901) 524-5419