UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

NEXTGEAR CAPITAL, INC.

    Plaintiff,

VS.       CASE NO. 4:14cv0256-JM

ARKANSAS AUTO EXCHANGE, INC.,
R J's AUTO SALES, INC. D/B/A
R J's AUTO SALES, RODNEY F. BOWDEN
A/K/A RODNEY FARRELL BOWDEN,
SIMMONS FIRST NATIONAL BANK
SUCCESSOR BY MERGER OF
METROPOLITAN NATIONAL BANK,

    Defendants.

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

NextGear Capital, Inc., (hereinafter "NextGear" or "Plaintiff"), through undersigned counsel, pursuant to Fed. R. Civ. Pro. 65(b), moves the Court for an order temporarily restraining Defendants from converting Plaintiff's collateral.

In support of its Motion, Plaintiff respectfully shows and states that:

1. Plaintiff has filed a Complaint setting forth the facts relevant to and setting forth reasons to grant this Motion.

2. Plaintiff has filed herewith and relies upon its Memorandum in support of the instant Motion.

3. Plaintiff his filed herewith a Notice of Presentation of Motion for Temporary Restraining Order.

4.  Plaintiff has given actual notice of its intent to approach the Court regarding this Motion to each Defendant by delivering copies of the Complaint, this Motion, the Memorandum and Notice of Motion to each Defendant by United States Mail, postage prepaid and, where practical, by electronic means and telephone.

Respectfully submitted,

*Henry Shelton ("by permission" signature)*

Henry C. Shelton, III (Arkansas Bar #2010015)
Emily C. Taube (Arkansas Bar #2010024)
ADAMS AND REESE LLP
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Telephone: (901) 525-3234
Facsimile: (901) 524-5419