UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

_____

**NEXTGEAR CAPITAL, INC.**

      **Plaintiff,**

VS.                                  CASE NO. 4:14-cv-00256-JM

**ARKANSAS AUTO EXCHANGE, INC.,
R J's AUTO SALES, INC. D/B/A
R J's AUTO SALES, RODNEY F. BOWDEN
A/K/A RODNEY FARRELL BOWDEN,
SIMMONS FIRST NATIONAL BANK
SUCCESSOR BY MERGER OF
METROPOLITAN NATIONAL BANK,**

      **Defendants.**

_____

**PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**
_____

      Plaintiff NextGear Capital, Inc., ("NextGear"), hereby amends its Motion for Temporary Restraining Order filed April 25, 2014, as D.E. #3, by deleting the body of that Motion in its entirety and substituting the following in lieu thereof:

      NextGear moves the Court, pursuant to Fed. R. Civ. Pro. 65(a), for a preliminary injunction prohibiting Defendants from converting NextGear's collateral.

      In support of its Motion, NextGear respectfully shows and states that:

      1.     NextGear has filed a Complaint, D.E. #1, setting forth the facts relevant to and setting forth reasons to grant this Motion.

      2.     NextGear has filed herewith and relies upon its Memorandum in support of the instant Motion.

3. NextGear has filed a Notice of Presentation of Motion for Temporary Restraining Order, D.E. 2, on April 25, 2014.

4. In addition to such notice as the Court will give in the ordinary course of its business, NextGear will give actual notice of its intent to approach the Court regarding this Motion to each Defendant following service of the Complaint, this Motion, the Memorandum and Notice of Motion to each Defendant by United States Mail, postage prepaid and, where practical, by electronic means and telephone.

Respectfully submitted,

/s/ Henry C. Shelton, III
Henry C. Shelton, III (Arkansas Bar #2010015)
Emily C. Taube (Arkansas Bar #2010024)
ADAMS AND REESE LLP
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, TN  38119
Telephone:  (901) 525-3234
Facsimile:  (901) 524-5419