IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

NEXTGEAR CAPITAL, INC.                                                      PLAINTIFF

v.                                    CASE No. 4:14-cv-00256-JM

ARKANSAS AUTO EXCHANGE, INC.,
R J's AUTO SALES, INC. d/b/a
R J's AUTO SALES, RODNEY F. BOWDEN
SIMMONS FIRST NATIONAL BANK
SUCCESSOR BY MERGER OF
METROPOLITAN NATIONAL BANK                                                  DEFENDANTS

## NOTICE OF APPEARANCE OF ANDREW KING

Andrew King, of Kutak Rock LLP, 124 W. Capitol Avenue, Suite 2000, Little Rock, Arkansas 72201, hereby gives notice of his appearance in this matter on behalf of Defendant Simmons First National Bank, formerly known as Metropolitan National Bank ("Simmons"), and requests that all orders, pleadings, motions, and other papers filed in this matter be served upon him as provided by the rules of this Court.

To date, Simmons has not been served with the summons and complaint in this matter. This notice of appearance does not constitute Simmons's first responsive pleading in this matter. Simmons reserves the right to plead all defenses available to it under Fed. R. Civ. P. 12, including but not limited to any defense related to the sufficiency of process or the sufficiency of service of process.

1

        Respectfully submitted,

        KUTAK ROCK LLP
        124 W. Capitol Avenue, Suite 2000
        Little Rock, Arkansas 72201
        Phone: 501-975-3000
        Fax: 501-975-3001

By: /s/ Andrew King
       Andrew King, Ark. Bar No. 2007176
       Andrew.King@KutakRock.com

*Attorney for Defendant Simmons First National Bank*


### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2014, this document will be filed electronically through the Court's electronic filing system, which will send notice of this filing to all counsel of record who have appeared in this matter.

- Henry C. Shelton , III
  henry.shelton@arlaw.com, carol.hal@arlaw.com
- Emily C. Taube


        /s/ Andrew King
        Andrew King