IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

NEXTGEAR CAPITAL, INC.                                                                               PLAINTIFF

vs.                                           Case No. 4:14-cv-00256-JM

ARKANSAS AUTO EXCHANGE, INC.;
R J's AUTO SALES, INC. d/b/a
R J's AUTO SALES; RODNEY F. BOWDEN
a/k/a RODNEY FARRELL BOWDEN;
SIMMONS FIRST NATIONAL BANK
successor by merger to METROPOLITAN
NATIONAL BANK                                                                                        DEFENDANTS

**DEFENDANT SIMMONS FIRST NATIONAL BANK'S RESPONSE
TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Simmons First National Bank ("Simmons") does not have any of the Plaintiff's alleged collateral in its possession, custody, or control.  Simmons is not able to determine from the Plaintiff's filings the specific terms of any preliminary injunction that the Plaintiff seeks to be entered against Simmons.  (Doc. Nos. 2, 3, 4, 5.)  Based on the lack of information about what relief is being sought, Simmons opposes the entry of a preliminary injunction against it.

Simmons requests that it be notified of any hearing on the Plaintiff's motion and be provided with an advance copy of any proposed preliminary injunction or other proposed order that may be submitted to the Court.

By agreement with the Plaintiff's counsel, Simmons's response to the Complaint not due until Monday, May 26, 2014.  This response does not constitute Simmons's first responsive pleading in this matter.  Simmons reserves the right to plead all defenses available under Fed. R. Civ. P. 12.

                Respectfully submitted,

                KUTAK ROCK LLP
                124 W. Capitol Avenue, Suite 2000
                Little Rock, Arkansas 72201
                Phone: 501-975-3000
                Fax: 501-975-3001

By:  /s/ Andrew King
       Andrew King, Ark. Bar No. 2007176
       Andrew.King@KutakRock.com

*Attorney for Defendant*
*Simmons First National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, I filed this document through the Court's electronic filing system, which will shall notice of this filing to all counsel of record who have appeared in this matter.

- Henry C. Shelton , III
  henry.shelton@arlaw.com
- Emily Campbell Taube
  emily.taube@arlaw.com

                /s/ Andrew King
                Andrew King