IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

NEXTGEAR CAPITAL, INC.                                                                                  PLAINTIFF

vs.                                       Case No. 4:14-cv-00256-JM

ARKANSAS AUTO EXCHANGE, INC.;
R J's AUTO SALES, INC. d/b/a
R J's AUTO SALES; RODNEY F. BOWDEN
a/k/a RODNEY FARRELL BOWDEN;
SIMMONS FIRST NATIONAL BANK
successor by merger to METROPOLITAN
NATIONAL BANK                                                                                        DEFENDANTS

### **DEFENDANT SIMMONS FIRST NATIONAL BANK'S MOTION TO DISMISS**

Defendant Simmons First National Bank ("Simmons"), for its motion to dismiss the Plaintiff's Complaint, states:

1. The Plaintiff's Complaint against Simmons should be dismissed for failure to state a claim upon which relief can be granted. FED. R. CIV. P. 12(b)(6).

2. As a matter of law, any interest of the Plaintiff in bank accounts held at Simmons First National Bank is junior to the interest of Simmons First National Bank. ARK. CODE ANN. §§ 4-9-104(a), 4-9-327(1); *Rosa v. Colonial Bank*, 542 A.2d 1112, 1116 (Conn. 1988); *Rush v. Citizens' Nat'l Bank*, 114 Ark. 170, 169 S.W. 177 (1914); *Cockrill v. Joyce*, 62 Ark. 216, 35 S.W. 221 (1896).

3. There is no evidence that the proceeds of any vehicles were deposited into RJ's checking account at Simmons during the relevant time period or that Simmons exercised any lien or offset rights.

4. The balance of RJ's checking account was negative during the relevant time period. Under the "lowest-intermediate-balance" rule, any lien interest in proceeds was extinguished by

the lack of funds in the account.  *McCourt v. Triplett*, 2010 Ark. App. 567, at 5; *Metropolitan National Bank v. La Sher Oil Co.*, 81 Ark. App. 269, 274, 101 S.W.3d 252, 255 (2003).

5. The following exhibits are attached to this motion and incorporated by reference:

- Exhibit 1, Affidavit of Steve Wade (May 23, 2014).
- Exhibit 2, Loan Inquiry Summary (redacted).
- Exhibit 3, RJ's Checking Account Statement (Dec. 2013) (redacted).
- Exhibit 4, AAE's Checking Account Statement (Dec. 2013) (redacted).

6. A brief is filed in support of this motion.

For the reasons stated above and in the accompanying brief, Defendant Simmons First National Bank respectfully requests that the Court dismiss the Plaintiff's complaint against it, award Simmons its attorneys' fees and costs in responding to this lawsuit, and grant all other relief to which Simmons is entitled.

        KUTAK ROCK LLP
        124 W. Capitol Avenue, Suite 2000
        Little Rock, Arkansas 72201
        Phone: 501-975-3000
        Fax: 501-975-3001

By: /s/ Andrew King
        Andrew King, Ark. Bar No. 2007176
        Andrew.King@KutakRock.com

        *Attorney for Defendant*
        *Simmons First National Bank*

CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2014, I filed this document through the Court's electronic filing system, which will shall notice of this filing to all counsel of record who have appeared in this matter.

- Henry C. Shelton , III
  henry.shelton@arlaw.com
- Emily Campbell Taube
  emily.taube@arlaw.com

                          /s/ Andrew King
                          Andrew King