IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

NEXTGEAR CAPITAL, INC.                                                    PLAINTIFF

vs.                                      Case No. 4:14-cv-00256-JM

ARKANSAS AUTO EXCHANGE, INC.;
R J's AUTO SALES, INC. d/b/a
R J's AUTO SALES; RODNEY F. BOWDEN
a/k/a RODNEY FARRELL BOWDEN;
SIMMONS FIRST NATIONAL BANK
successor by merger to METROPOLITAN
NATIONAL BANK                                                            DEFENDANTS

## AFFIDAVIT OF STEVE WADE

I, Steve Wade, state under oath:

1. I am the Arkansas Regional Chairman for Simmons First National Bank ("Simmons"). I make this affidavit based upon my personal knowledge and business records made available to me in my position as Arkansas Regional Chairman.

2. I make this affidavit in support of a motion to dismiss to be filed in the above-styled litigation. In this affidavit, I will refer to the exhibits to the motion to dismiss by the exhibit numbers under which they will be filed.

3. RJ's Auto Sales, Inc. ("RJ") had a checking account at Simmons First National Bank and a line of credit loan secured by real estate on Chicot Road in Mabelvale, Arkansas.

4. RJ did not have a floorplan loan or any loan secured by RJ's vehicles or inventory from Simmons First National Bank.

EXHIBIT

_____

### RJ's Line of Credit Loan

5.  Exhibit 2 to the motion to dismiss is a true and correct copy of the loan inquiry summary obtained from records made by persons with knowledge of the loan activity and is kept in the ordinary course of Simmons's banking business.

6.  The line of credit loan was 100% advanced in the amount of $155,000.00 throughout the month of December 2013.  The line of credit loan matured on January 1, 2014.

7.  The line of credit loan was paid off from the proceeds of the sale of Simmons' real estate collateral on January 21, 2014 in the form of a closing check from a local title company. The payoff was not made from proceeds of any vehicle sales.

8.  The only other payments made on the line of credit were past-due interest payments made on August 30, 2013, November 22, 2013, and December 27, 2013.  None of the interest payments came from monies that are traceable to the identifiable proceeds of any vehicles for which NextGear Capital, Inc. had a security interest.

### RJ's Checking Account

9.  Exhibit 3 to the motion to dismiss is a true and correct copy of RJ's checking account statement for the month of December 2013.  Exhibit 3 was obtained from records made by persons with knowledge of the account activity and is kept in the ordinary course of Simmons's banking business.

10.  RJ's checking account had a negative balance at the close of each business day from December 4, 2013 until December 23, 2013 when it had ending balance of $53.30.  Numerous checks and drafts were returned during the time period of December 2 to December 23 due to insufficient funds.  Other checks and drafts were paid during this time period as a result of Simmons's agreement to provide overdraft protection.

11.  RJ's checking account did not receive any deposits of identifiable vehicle proceeds from December 2, 2013 to December 22, 2013.  All deposits made during this time period were transfers from other bank accounts or small deposits of $600 or less.

12.  On December 4, 2013, Defendant Arkansas Auto Exchange, Inc. ("AAE") transferred $8,000.00 to RJ's checking account to cover two separate payments to NextGear Capital, Inc. in the amount of $2,233.71 and $5,929.96.  The total amount those payments was $8,163.67.  Because the account still had a negative balance at that time, the payments were completed as a result of Simmons providing overdraft protection.

13.  Any checks or ACH draw requests from RJ's checking account returned or rejected on December 12, 2013 or December 13, 2013 were due to insufficient funds in the account.

### Arkansas Auto Exchange, Inc.

14.  Exhibit 4 to the motion to dismiss is a true and correct copy of AAE's checking account statement for the month of December 2013.  Exhibit 4 was obtained from records made by persons with knowledge of the account activity and is kept in the ordinary course of Simmons's banking business.

15.  On December 4, 2013, AAE transferred $8,000.00 to RJ's checking account to cover payments to NextGear Capital, Inc.

16.  AAE's checking account had a negative closing balance at the end of each day from December 6, 2013 until December 31, 2013, with the exception of December 27, 2013, when the closing balance was $0.00.

### Other Matters

17.  The handwritten notations that appear on Exhibits 2, 3, and 4 are mine and were made to highlight the transactions described in this affidavit.

3

18. I swear that the foregoing statements are true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Steve Wade
Arkansas Regional Chairman
Simmons First National Bank

STATE OF ARKANSAS )
)ss.
COUNTY OF PULASKI )

Subscribed and sworn to before me, a notary public, on this 23 day of May, 2014.

NOTARY PUBLIC

My commission expires:

10-9-2022



4