```
    5/16/14                       Loan Inquiry           Page 01 of 15   16:22:43
R J's Auto Sales INC                         CIF number:    NOT GIVEN          RZ05813
14203 Chicot Rd                              Phone:(H) (501) 602-2400  Birth date:
Mabelvale AR 72103-3571                           (B) (501) 888-5100
                                             Tax ID number:
                                             Loan type:  C3    RE-NnFm/NnRes Act360
                                             Loan number:
Paid-off  Messages   Escrow-Tracking Only                                 1 of 1
Original loan amt         155,000.00    Officer         PPP003 Phillip Partain
Current balance                  .00    Org date/Maturity  10/01/12    1/01/14
Accrued interest                 .00    Loan term/remaining pmts    15 M /    2
Late charges due                 .00    Next payment due date           12/01/13
Current payoff                   .00    Next scheduled pay date          1/01/14
Payoff good thru             1/21/14    Payment amount                      .00
Nxt period payoff                .00    Princ & Int pmt                     .00
                                        Escrow Payment Amt                  .00
Int base/rate Actual/360   6.750000%    Current Amount Due                  .00
Per diem                     .00000     Amount Past Due                     .00
Other Charges                    .00    Total Amount Due                    .00
Amt partially paid               .00    Payment type/freq Interest only   1 M

Last payment date            1/21/14                                    More...
F1=Addl functions     F3=Exit           F4=Sweep Inquiry     F5=History
F6=Messages           F8=Maintenance    F9=Relationships     F24=More Keys
```

*Line of credit —
amount & maturity date*

**EXHIBIT 2**

```
  5/16/14                    LOAN INQUIRY                           16:22:17

R J's Auto Sales INC                         RZ05813

Collateral                    Message                          Expiration  User
                                                                 Date      Code
  C  14203 Chicot Road Mabelvale Arkansas 72103                 0/00/00
  C  14712 Chicot Road Mabelvale Arkansas 72103 (Bldg 1 - 3025) 0/00/00
  C  14712 Chicot Road Mabelvale Arkansas 72103 (Bldg 2 - 2400) 0/00/00
  C  14712 Chicot Road Mabelvale Arkansas 72103 (Bldg 3 - 2400) 0/00/00
  C  14712 Chicot Road Mabelvale Arkansas 72103 (Bldg 4 - 2400) 0/00/00
     Building 1 @ 14712 Chicot Road is occupied by Arkansas Auto 0/00/00
     Exchange.  The remaining three buildings house mini-storage 0/00/00
     units for rent.                                             0/00/00


                                                                   Bottom

F3=Exit          F10=All Accounts        F20=Fold/Unfold
```

*Line of credit collateral description* (handwritten annotation)

```
   5/12/14                        Loan Inquiry                         09:53:36
R J's Auto Sales INC                           Loan number:
CIF address change  Paid-off  Messages   Escrow-Tracking Only        1 of 1
Original balance:           155,000.00   Payment amount:                 .00
Current balance:                   .00   Next due date:              12/01/13
Control: From _____  To _____                         1=View 6=Print T=TS
   Posted Effective Due Date Src   T/C   Affects    Amount           Balance
   8/12/13  8/12/13  8/01/13  G  00804 D LA           88.20       155,000.00
   8/30/13  8/30/13  8/01/13  C  00910 C Q          900.94        155,000.00
   9/12/13  9/12/13  9/01/13  G  00804 D LA           90.09       155,000.00
  10/01/13 10/01/13           G  00891 C N             .00        155,000.00
  11/22/13 11/22/13  9/01/13  C  00910 C Q        1,772.81        155,000.00
  11/25/13 11/25/13           G  00891 C N             .00        155,000.00
  11/25/13 10/01/13 11/01/13  W  00802 C N             .00        155,000.00
  12/12/13 12/12/13 11/01/13  G  00804 D LA           87.19       155,000.00
  12/27/13 12/27/13 11/01/13  C  00910 C Q        1,079.23        155,000.00
   1/01/14  1/01/14           G  00891 C N             .00        155,000.00
   1/21/14  1/21/14 12/01/13  C  00910 C Q      157,441.25              .00
   1/22/14  1/22/14           G  00891 C N             .00              .00
                                                                     Bottom

F4=Redisplay         F5=Rate/Status chg   F7=Scan forward    F8=Scan backward
F11=Sort             F13=Allocation Hist  F14=Esc Only       F24=More Keys
```

*Line of credit payment history*