Date 12/31/13          Page    1
Account Number        ████████

R J'S AUTO SALES INC
14203 CHICOT RD
MABELVALE AR 72103

SIMMONS FIRST NATIONAL BANK FORMERLY METROPOLITAN NATIONAL BANK

*********************** CHECKING ACCOUNT ***************************

Account Title: R J'S AUTO SALES INC

| VALUE CHECKING FOR BUSINESS | | Number of Enclosures | 16 |
|---|---|---|---|
| Account Number | ████ | Statement Dates 12/02/13 thru 12/31/13 | |
| Beginning Balance | 2,139.32- | Days in the Statement Period | 30 |
| 15 Deposits | 40,348.53 | Average Ledger | 1,152.76- |
| 59 Checks/Debits | 32,874.26 | Average Collected | 2,813.55- |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance  ' ' ' | 5,334.95 | | |

- - - - - - - - - - - - - - ACCOUNT ACTIVITY - - - - - - - - - - - - - -

| Date | Description | Amount |
|---|---|---|
| 12/02 | Trsf from VALUE CK      0003 | 2,000.00 |
| | Confirmation number 1202132255 | |
| 12/02 | DDA DEPOSIT | 220.00 |
| 12/02 | Paid Item Fee | 29.99- |
| 12/02 | Paid Item Fee | 29.99- |
| 12/03 | Trsf from VALUE CK      0003 | 2,500.00 |
| | - Mobile | |
| | Confirmation number 1203130595 | |
| 12/03 | DDA DEPOSIT | 400.00 |
| 12/03 | PAYMENT   NEXTGEAR PAYMENT | 14.64- |
| | CCD   33417 | |
| 12/03 | PAYMENT   NEXTGEAR PAYMENT | 27.72- |
| | CCD   33417 | |
| 12/03 | ARHN      HOVASYS HEALTH | 75.00- |
| | WEB | |
| 12/03 | 20131202  FIRST ELECTRIC C | 137.63- |
| | PPD | |
| 12/04 | DDA DEPOSIT | 280.00 |
| 12/04 | DDA DEPOSIT | 8,000.00 |
| 12/04 | PAYMENT   NEXTGEAR PAYMENT | 2,233.71- |
| | CCD   33417 | |
| 12/04 | PAYMENT   NEXTGEAR PAYMENT | 5,929.96- |
| | CCD   33417 | |
| 12/04 | Paid Item Fee | 29.99- |
| 12/04 | Paid Item Fee | 29.99- |

← transferred from
Arkansas Auto Exchange;
required to cover two
Nextgear payments clearing
same date.

EXHIBIT
3
tabbies®

Date 12/31/13          Page   2
Account Number          ████

VALUE CHECKING FOR BUSINESS          ████   (Continued)

- - - - - - - - - - - - - - ACCOUNT ACTIVITY - - - - - - - - - - - - - - - -

| Date | Description | Amount |
|------|-------------|--------|
| 12/04 | Paid Item Fee | 29.99- |
| 12/05 | Trsf from VALUE CK     0003 | 2,700.00 |
|       | Confirmation number 1205130627 | |
| 12/05 | Paid Item Fee | 29.99- |
| 12/05 | Paid Item Fee | 29.99- |
| 12/06 | Payment   ATT | 183.99- |
|       | PPD | |
| 12/06 | Paid Item Fee | 29.99- |
| 12/06 | Paid Item Fee | 29.99- |
| 12/06 | Paid Item Fee | 29.99- |
| 12/09 | Paid Item Fee | 29.99- |
| 12/11 | DDA DEPOSIT | 300.00 |
| 12/11 | DDA DEPOSIT | 600.00 |
| 12/11 | Return Item Fee | 29.99- |
| 12/12 | Return Item Fee | 29.99- |
| 12/12 | Return Item Fee | 29.99- |
| 12/12 | Return Item Fee | 29.99- |
| 12/12 | Return Item Fee | 29.99- |
| 12/12 | Return Item Fee | 29.99- |
| 12/12 | Return Item Fee | 29.99- |
| 12/13 | DDA DEPOSIT | 2,800.00 |
| 12/16 | DDA DEPOSIT | 420.00 |
| 12/16 | Return Item Fee | 29.99- |
| 12/17 | Return Item Fee | 29.99- |
| 12/18 | Return Item Fee | 29.99- |
| 12/18 | Return Item Fee | 29.99- |
| 12/20 | Return Item Fee | 29.99- |
| 12/20 | Return Item Fee | 29.99- |
| 12/23 | DDA DEPOSIT | 6,073.53 |
| 12/23 | Transf to REG 50     0007 | 200.00- |
|       | Confirmation number 1223130259 | |
| 12/23 | Transf to VALUE CK     0003 | 4,800.00- |
|       | Confirmation number 1223130261 | |
| 12/26 | DDA DEPOSIT | 155.00 |
| 12/26 | Return Item Fee | 29.99- |
| 12/26 | Return Item Fee | 29.99- |
| 12/26 | Return Item Fee | 29.99- |
| 12/27 | DDA DEPOSIT | 13,500.00 |
| 12/27 | BANK DEBIT | 1,079.23- |
| 12/27 | Transf to REG 50     0007 | 700.00- |
|       | - Mobile | |
|       | Confirmation number 1227130436 | |
| 12/27 | Transf to VALUE CK     0003 | 859.82- |
|       | Confirmation number 1227130816 | |
| 12/27 | Transf to REG 50     0007 | 200.00- |
|       | Confirmation number 1227130817 | |
| 12/27 | Transf to REG 50     0007 | 300.00- |
|       | - Mobile | |
|       | Confirmation number 1227131161 | |
| 12/27 | REMIT AMT   CITI BANK | 100.00- |
|       | TEL | |
| 12/30 | DDA DEPOSIT | 400.00 |

*[handwritten annotation:]* interest on line of credit secured by real estate

Date 12/31/13     Page    3
Account Number

VALUE CHECKING FOR BUSINESS          (Continued)

- - - - - - - - - - - - - - ACCOUNT ACTIVITY - - - - - - - - - - - - - - - -
Date    Description                          Amount
12/30   PHONE PYMT CAPITAL ONE                216.00-
        CCD    336139759004000

- - - - - - - - - - CHECKS POSTED IN NUMERICAL ORDER - - - - - - - - - -
Date  Check No   Amount  Date  Check No     Amount  Date  Check No    Amount
12/02  5425      101.98  12/06  5431      2,476.35  12/27  5440'      350.00
12/03  5426    1,700.00  12/06  5432      1,266.84  12/27  5441       200.00
12/02  5427      557.57  12/09  5433        451.86  12/27  5442       200.00
12/05  5428       93.73  12/27  5436'       266.51  12/31  5445'      100.00
12/04  5429    2,888.52  12/27  5437      4,070.44
12/05  5430      241.65  12/31  5438         41.38
' Indicates Break In Check Number Sequence

- - - - - - - - - - - - Daily Balance Information - - - - - - - - - - - - -
Date    Balance    Date      Balance   Date     Balance
12/02     638.85-  12/11   3,880.35- 12/20    1,020.23-
12/03     306.16   12/12   4,060.29- 12/23       53.30-
12/04   2,556.00-  12/13   1,260.29- 12/26      118.33
12/05     251.36-  12/16     870.23- 12/27    5,292.33
12/06   4,268.51-  12/17     900.27- 12/30    5,476.33
12/09   4,750.36-  12/18     960.25- 12/31    5,334.95