```
                                        Date 12/31/13    Page   1
                                        Account Number   ▓▓▓▓▓


       ARKANSAS AUTO EXCHANGE INC
       14712 CHICOT RD
       MABELVALE AR 72103




       SIMMONS FIRST NATIONAL BANK FORMERLY METROPOLITAN NATIONAL BANK


************************** CHECKING ACCOUNT *****************************

       Account Title: ARKANSAS AUTO EXCHANGE INC

   VALUE CHECKING FOR BUSINESS           Number of Enclosures          33
   Account Number           ▓▓▓▓▓        Statement Dates  12/02/13 thru 12/31/13
   Beginning Balance        7,303.18     Days in the Statement Period  30
    13 Deposits            50,664.82     Average Ledger          2,945.13-
    58 Checks/Debits       57,997.99     Average Collected       3,662.47-
   Service Charge               .00
   Interest Paid                .00
   Ending Balance * * *       29.99-


- - - - - - - - - - - - - - ACCOUNT ACTIVITY - - - - - - - - - - - - - -
   Date    Description                    Amount
   12/02   DDA DEPOSIT                    3,000.00
   12/02   Transf to VALUE CK    0001     2,000.00-
           Confirmation number 1202132255
   12/02   ACH PMT   AMEX EPayment         383.00-
           PPD
   12/03   FUNDING   NEXTGEAR FUNDING     2,060.00
           CCD    45353
   12/03   FUNDING   NEXTGEAR FUNDING     2,965.00
           CCD    45353
   12/03   DDA DEPOSIT                    4,975.00
   12/03   Paid Item Fee                     29.99-
   12/03   Transf to VALUE CK    0001     2,500.00-
           - Mobile
           Confirmation number 1203130595
   12/03   20131202   FIRST ELECTRIC C     379.08-
           PPD
   12/04   FUNDING   NEXTGEAR FUNDING     2,060.00
           CCD    45353
   12/04   DDA DEPOSIT                    4,820.00
   12/04   DDA DEPOSIT                    6,590.00
   12/04   DDA DEPOSIT                    9,780.00
   12/04   BANK DEBIT                     8,000.00-   ← transfer to R.J.'s Auto Sales -
   12/05   DDA DEPOSIT                    5,965.00       funded two Nextgear payments
   12/05   Transf to VALUE CK    0005       250.00-      posted to that acct. same date
```

EXHIBIT 4

```
                                           Date 12/31/13        Page    2
                                           Account Number       ▓▓▓▓
```

VALUE CHECKING FOR BUSINESS            ▓▓▓▓ (Continued)

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ACCOUNT ACTIVITY ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

| Date | Description | Amount |
|---|---|---|
| | Confirmation number 1205130234 | |
| 12/05 | Transf to VALUE CK      0001 | 2,700.00- |
| | Confirmation number 1205130627 | |
| 12/06 | FUNDING    NEXTGEAR FUNDING | 1,055.00 |
| | CCD    45353 | |
| 12/06 | FUNDING    NEXTGEAR FUNDING | 1,735.00 |
| | CCD    45353 | |
| 12/06 | Paid Item Fee | 29.99- |
| 12/06 | Paid Item Fee | 29.99- |
| 12/09 | Paid Item Fee | 29.99- |
| 12/09 | Paid Item Fee | 29.99- |
| 12/09 | Paid Item Fee | 29.99- |
| 12/11 | Return Item Fee | 29.99- |
| 12/11 | Return Item Fee | 29.99- |
| 12/12 | Return Item Fee | 29.99- |
| 12/12 | Return Item Fee | 29.99- |
| 12/13 | Return Item Fee | 29.99- |
| 12/16 | Return Item Fee | 29.99- |
| 12/17 | Return Item Fee | 29.99- |
| 12/19 | Return Item Fee | 29.99- |
| 12/20 | Return Item Fee | 29.99- |
| 12/23 | Trsf from VALUE CK      0001 | 4,800.00 |
| | Confirmation number 1223130261 | |
| 12/23 | Return Item Fee | 29.99- |
| 12/24 | Paid Item Fee | 29.99- |
| 12/27 | Trsf from VALUE CK      0001 | 859.82 |
| | Confirmation number 1227130816 | |
| 12/31 | Return Item Fee | 29.99- |

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ CHECKS POSTED IN NUMERICAL ORDER ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/04 | 10627 | 272.63 | 12/05 | 10689 | 133.72 | 12/04 | 10702 | 25.00 |
| 12/03 | 10628 | 256.46 | 12/09 | 10690 | 280.00 | 12/04 | 10703 | 25.00 |
| 12/02 | 10661* | 19.95 | 12/04 | 10691 | 1,055.00 | 12/05 | 10704 | 2,200.00 |
| 12/05 | 10663* | 2,685.00 | 12/05 | 10692 | 325.00 | 12/04 | 10705 | 25.00 |
| 12/02 | 10675* | 1,200.00 | 12/05 | 10693 | 2,055.00 | 12/04 | 10707* | 500.00 |
| 12/02 | 10676 | 850.00 | 12/05 | 10695* | 3,030.00 | 12/05 | 10709 | 50.00 |
| 12/03 | 10677 | 9,550.00 | 12/09 | 10696 | 300.00 | 12/06 | 10711* | 5,625.00 |
| 12/04 | 10680* | 1,055.00 | 12/05 | 10697 | 145.00 | 12/04 | 10712 | 2,015.00 |
| 12/03 | 10685* | 19.95 | 12/04 | 10699* | 40.00 | 12/06 | 10713 | 2,005.00 |
| 12/04 | 10687* | 1,055.00 | 12/04 | 10700 | 25.00 | 12/09 | 10714 | 700.00 |
| 12/05 | 10688 | 3,500.00 | 12/04 | 10701 | 25.00 | 12/24 | 10716* | 198.38 |

* Indicates Break In Check Number Sequence

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ Daily Balance Information ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/02 | 5,850.23 | 12/11 | 5,191.53- | 12/20 | 5,401.46- |
| 12/03 | 3,114.75 | 12/12 | 5,251.51- | 12/23 | 631.45- |
| 12/04 | 12,247.12 | 12/13 | 5,281.50- | 12/24 | 859.82- |
| 12/05 | 1,138.40 | 12/16 | 5,311.49- | 12/27 | .00 |
| 12/06 | 3,761.58- | 12/17 | 5,341.48- | 12/31 | 29.99- |
| 12/09 | 5,131.55- | 12/19 | 5,371.47- | | |