Date: May 28, 2014

ARKANSAS AUTO EXCHANGE, INC., ET AL
R Js AUTO SALES, INC. D/B/A
R JS AUTO SALES, RODNEY F. BOWDEN A/K/A
RODNEY FARRELL BOWDEN

_____
Defendant(s)

V.

NEXTGEAR CAPITAL, INC.

_____
Plaintiff(s)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 28 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Civil Action No. 4:14xv0256-JM

I would like a continuous on the case and I am disputing charges that were filed against me in the amount of $190,815.00. I never got a list of what they sold the cars for. I pray that the Court will give me a continuous.

_Rodney Bowden_
Rodney Bowden

6321 Rolling Spring Dr
Bauxite, AR 72011
501-993-7599 cell
501-602-2400 home
501-988-5100 work