UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

_____

**NEXTGEAR CAPITAL, INC.**

      **Plaintiff,**

VS.                                                                  CASE NO. 4:14-cv-00256-JM

**ARKANSAS AUTO EXCHANGE, INC.,
R J's AUTO SALES, INC. D/B/A
R J's AUTO SALES, RODNEY F. BOWDEN
A/K/A RODNEY FARRELL BOWDEN,
SIMMONS FIRST NATIONAL BANK
SUCCESSOR BY MERGER OF
METROPOLITAN NATIONAL BANK,**

      **Defendants.**

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
_____

Pursuant to Rule 6(b), Fed. R. Civ. P., Plaintiff NextGear Capital, Inc., ("NextGear"), moves for an extension of time to and including Monday, July 7, 2014, to respond to Defendant Simmons First National Bank's Motion to Dismiss. Upon discussion with its counsel, Defendant Simmons First National Bank consents to the extension of time requested in this Motion.

WHEREFORE, NextGear prays that the Court enter an order extending the time within which NextGear may respond to Defendant Simmons First National Bank's Motion to Dismiss to and including Monday, July 7, 2014.

        Respectfully submitted,


        <u>/s/ Henry C. Shelton, III</u>
        Henry C. Shelton, III (Arkansas Bar #2010015)
        Emily C. Taube (Arkansas Bar #2010024)
        ADAMS AND REESE LLP
        Crescent Center
        6075 Poplar Avenue, Suite 700
        Memphis, TN  38119
        Telephone:  (901) 525-3234
        Facsimile:  (901) 524-5419


<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the 5th day of June, 2014, a copy of the foregoing was filed with the electronic filing system which shall give notice of this filing to all counsel of record who have appeared in this matter.


        <u>/s/ Henry C. Shelton, III</u>