IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

NEXTGEAR CAPITAL, INC.                                                                          PLAINTIFF

vs.                                              Case No. 4:14-cv-00256-JM

ARKANSAS AUTO EXCHANGE, INC.;
R J's AUTO SALES, INC. d/b/a
R J's AUTO SALES; RODNEY F. BOWDEN
a/k/a RODNEY FARRELL BOWDEN;
SIMMONS FIRST NATIONAL BANK
successor by merger to METROPOLITAN
NATIONAL BANK                                                                                DEFENDANTS

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT SIMMONS FIRST NATIONAL BANK

As provided by Fed. R. Civ. 41(a)(1), the Plaintiff NextGear Capital, Inc. and Defendant Simmons First National Bank ("Simmons"), through their counsel of record, stipulate that all claims against Simmons are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. This stipulation does not affect the Plaintiff's claims against any Defendant in this action other than Simmons.

The Plaintiff and Simmons respectfully request that the Court enter any further Order necessary to effectuate the dismissal of the claims against Simmons with prejudice.

Dated: July 21, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Henry C. Shelton, III | KUTAK ROCK LLP |
| Henry C. Shelton, III (Arkansas Bar # 2010015) | 124 W. Capitol Avenue, Suite 2000 |
| ADAMS AND REESE LLP | Little Rock, Arkansas 72201 |
| Crescent Center | Phone: 501-975-3000 |
| 6075 Poplar Avenue, Suite 700 | Fax: 501-975-3001 |
| Memphis, TN 38119 | |
| Telephone: (901) 525-3234 | /s/ Andrew King |
| Facsimile:  (901) 524-5419 | Andrew King, Ark. Bar No. 2007176 |
| | Andrew.King@KutakRock.com |
| *Attorneys for Plaintiff NextGear Capital, Inc.* | *Attorney for Defendant Simmons First National Bank* |

CERTIFICATE OF SERVICE

    I hereby certify that on July 21, 2014, I filed this document through the Court's electronic filing system, which will provide notice of this filing to all other parties who have appeared in this matter through their counsel of record.

    In addition, I sent a copy of this document by first-class U.S. Mail, postage prepaid, to the Defendant Rodney Bowden at the following address:

Rodney Bowden
6321 Rolling Spring Drive
Bauxite, AR 72011

    /s/ Henry C. Shelton, III
    Henry C. Shelton, III