# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

Case Number: 4:14CV0256-JM

Plaintiff:
NEXTGEAR CAPITAL, INC.,
vs.
Defendant:
ARKANSAS AUTO EXCHANGE, INC.,
R JS AUTO SALES, INC.D/B/A
R JS AUTO SALES, ET AL



**ORIGINAL**

Received by ACTION PROCESS SERVICE to be served on RJS AUTO SALES, INC. D/B/A RJS AUTO SALES BY SERVING AUTHORIZED PERSON, 14203 CHICOT ROAD, MABELVALE, AR 72103.

I, PAUL RHOADS, do hereby affirm that on the **7th day of May, 2014** at **10:37 am**, I:

**AUTHORIZED PERSON SERVED:** By serving the authorized person on behalf of the defendant/servee with a true copy of the **SUMMONS, COMPLAINT AND EXHIBITS** with the date and hour endorsed thereon by me, pursuant to the state statutes.

BY SERVING: RODNEY F BOWDEN, OWNER

ADDRESS SERVED: 14203 CHICOT RD, MABELVALE AR

CONTACT PHONE#: NA

ADDITIONAL INFORMATION: SOMEWHAT SMOOTH, SIGNATURE OBTAINED

**Description of Person Served:** Age: 59, Sex: M, Race/Skin Color: W, Height: 5'8", Weight: 225, Hair: WHITE, Glasses: Y

By signing my name I am stating; I have no interest in the above action, I am of legal age and I have proper authority in the jurisdiction in which this service was made. I swear all statements above are true and correct just as if I were under oath in a court of law.

_Jean Wood_
Notary

PAUL RHOADS

ACTION PROCESS SERVICE
12110 Arch Street
Little Rock, AR 72206
(501) 888-5706

Our Job Serial Number: LDF-2014008880
Ref: 4:14CV0256-JM

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5n