## RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

Case Number: 4:14CV0256-JM

Plaintiff:
**NEXTGEAR CAPITAL, INC.**
vs.
Defendant:
**ARKANSAS AUTO EXCHANGE, INC.,**
**R JS AUTO SALES, INC.D/B/A**
**R JS AUTO SALES, ET AL**

**ORIGINAL**

Received by ACTION PROCESS SERVICE to be served on **ARKANSAS AUTO EXCHANGE, INC. BY SERVING CATHIE BERKSHIRE AS REGISTERED AGENT, 14611 ARCH STREET, LITTLE ROCK, AR 72206.**

I, PAUL RHOADS, do hereby affirm that on the **8th day of May, 2014 at 8:01 am**, I:

**NON SERVED AS NON EST.:** I HAVE BEEN UNABLE TO SERVE THE SUMMONS, COMPLAINT AND EXHIBITS AT THE ADDRESS WITHIN MY JURISDICTION AFTER DILIGENT ATTEMPTS.

ADDRESS ATTEMPTED: 14611 ARCH STREET LITTLE ROCK AR

OUTCOME: BUSINESS SHUT DOWN

ADDITIONAL INFORMATION: CALLED USPS CARRIER ALFRED J WALKER SAYS 14611 ARCH ST IS O REILLY AUTO PARTS

ADDITIONAL INFORMATION: N/A

**Description** of Person Served:  Age: 0,  Sex: 0,  Race/Skin Color: 0,  Height: 0,  Weight: 0,  Hair: 0,  Glasses: 0

By signing my name I am stating; I have no interest in the above action, I am of legal age and I have proper authority in the jurisdiction in which this service was made. I swear all statements above are true and correct just as if I were under oath in a court of law.

_Jean Wood_
Notary

_Pl Rhoads_
**PAUL RHOADS**

**ACTION PROCESS SERVICE**
12110 Arch Street
Little Rock, AR 72206
(501) 888-5706

Our Job Serial Number: LDF-2014008879
Ref: 4:14CV0256-JM

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n