# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

Case Number: 4:14CV0256-JM

Plaintiff:
NEXTGEAR CAPITAL, INC.,

vs.

Defendant:
ARKANSAS AUTO EXCHANGE, INC.,
R JS AUTO SALES, INC.D/B/A
R JS AUTO SALES, ET AL

**ORIGINAL**

Received by ACTION PROCESS SERVICE to be served on RODNEY F. BOWDEN, 14920 TERRACE DR., MABELVALE, AR 72103.

I, PAUL RHOADS, do hereby affirm that on the **7th day of May, 2014 at 10:37 am**, I:

Personal Service: By serving the within named person (in person), with a true copy of the SUMMONS, COMPLAINT AND EXHIBITS with the date and hour endorced thereon by me, pursuant to the state statutes.

ADDRESS SERVED: 14203 CHICOT ROAD MABELVALE AR

CONTACT PHONE#: NA

SIGNATURE OBTAINED: YES

ADDITIONAL INFORMATION: SOMEWHAT SMOOTH

Description of Person Served: Age: 59, Sex: M, Race/Skin Color: W, Height: 5'8", Weight: 225, Hair: WHITE, Glasses: Y

By signing my name I am stating; I have no interest in the above action, I am of legal age and I have proper authority in the jurisdiction in which this service was made. I swear all statements above are true and correct just as if I were under oath in a court of law.

_Jean Wood_
Notary

_Paul Rhoads_
PAUL RHOADS

ACTION PROCESS SERVICE
12110 Arch Street
Little Rock, AR 72206
(501) 888-5706

Our Job Serial Number: LDF-2014008881
Ref: 4:14CV0256-JM

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5n