Form ncont34

UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Rodney F Bowden and Patricia A Bowden
Debtor

Case No.: 4:14-bk-13513
Chapter: 7
Judge: Richard D. Taylor
Trustee: M. Randy Rice

NOTICE OF MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 10/14/14, 09:30 AM at the following location:

U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor – Rm 1210, Little Rock, AR 72201

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 9/23/14

Jean Rolfs, Clerk

012432

76705012444019