Form NOA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Arkansas

4:14cv256-Jm

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 22 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| Debtor(s): | |
|---|---|
| Rodney F Bowden<br>14920 Terrace Dr.<br>Mabelvale, AR 72103 | Patricia A Bowden<br>14920 Terrace Dr.<br>Mabelvale, AR 72103 |
| **Case Number:**<br>4:14-bk-13513 | **Social Security/Taxpayer ID Nos.:**<br>xxx-xx-1263<br>xxx-xx-7313 |
| **Chapter:**<br>7 | **Judge:**<br>Honorable Richard D. Taylor |
| **Attorney for Debtor(s):**<br>John G. Phillips<br>WEBER & PHILLIPS, P.A.<br>P.O. Box 5926<br>N. Little Rock, AR 72119-5926<br>Telephone number: (501) 753-7400 | **Trustee:**<br>M. Randy Rice<br>Chapter 7 Panel Trustee<br>523 S. Louisiana, Ste. 300<br>Little Rock, AR 72201-5771<br>Telephone number: (501) 374-1019 |

It appears from the schedules that when this case was instituted, there were no assets from which dividends could be paid to creditors, and the notice of initial meeting of creditors so indicated.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

### 1/16/15

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. Creditors who file frequently are encouraged to file their proof of claim on-line. For information on filing on-line, please call the ECF Help Desk at 501-918-5590. Otherwise, the place to file the proof of claim, either in person or by mail, is the office of the Clerk of the Bankruptcy Court. A Proof of Claim ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

MAIL CLAIMS TO: U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

Dated: 10/16/14

For the Court:
Jean Rolfs, Clerk

014288

79005014302018