UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**NEXTGEAR CAPITAL, INC.**

     **Plaintiff,**

VS.                                              CASE NO. 4:14-cv-00256-JM

**ARKANSAS AUTO EXCHANGE, INC.,
R J's AUTO SALES, INC. D/B/A
R J's AUTO SALES, RODNEY F. BOWDEN
A/K/A RODNEY FARRELL BOWDEN,
SIMMONS FIRST NATIONAL BANK
SUCCESSOR BY MERGER OF
METROPOLITAN NATIONAL BANK,**

     **Defendants.**

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

     Plaintiff Nextgear Capital, Inc. ("Nextgear") requests that the Clerk enter defaults against Defendants Arkansas Auto Exchange, Inc., and R J's Auto Sales, Inc. d/b/a R J's Auto Sales pursuant to Fed. R. Civ. Pro. 55(a).  In support of this request, Nextgear would show that:

     1.     Nextgear filed its Complaint herein on April 25, 2014 (D.E. #1, the "Complaint") and served the Complaint and Summonses upon Defendants Arkansas Auto Exchange, Inc., and R J's Auto Sales, Inc. d/b/a R J's Auto Sales immediately thereafter (D.E. #19).

     2.     Fed. R. Civ. Pro. 12(1) (A) requires that such Defendants answer or otherwise respond to the Complaint within twenty one days thereof. This Court's Docket shows no response by this Defendant and the undersigned counsel is unaware of any response being prepared by or for a request for an extension of time for such a response by or on behalf of these

Defendants. Therefore, these Defendants have failed to plead or otherwise defend and Fed. R. Civ. Pro. 55 (a) requires the Clerk to enter such Defendant's default.

3. Defendant Rodney F. Bowen has filed a Petition for Relief under Chapter 7 of the United States Bankruptcy Code, D.E. #18, and this civil action is therefore stayed as to such Defendant. Nextgear seeks no relief of any kind against such Defendant.

WHEREFORE, Nextgear asks that the Clerk enter defaults against Defendants Arkansas Auto Exchange, Inc., and R J's Auto Sales, Inc. d/b/a R J's Auto Sales.

Respectfully submitted,

/s/ Henry C. Shelton, III
Henry C. Shelton, III (Arkansas Bar #2010015)
Emily C. Taube (Arkansas Bar #2010024)
ADAMS AND REESE LLP
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, TN  38119
Telephone:  (901) 525-3234
Facsimile:  (901) 524-5419

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2014, a copy of the foregoing was filed with the electronic filing system which shall give notice of this filing to all counsel of record who have appeared in this matter.

/s/ Henry C. Shelton, III