UNITED STATES DISTRICT COURT
Eastern District of Arkansas
Western Division

Nextgear Capital Inc

Plaintiff

VS.   CASE NUMBER: 4:14-cv-00256-JM

Arkansas Auto Exchange Inc, et al.

Defendant

## CLERK'S DEFAULT

The defendant (s) :   RJs Auto Sales Inc
d/b/a RJs Auto Sales
14203 Chicot Road
Mabelvale, AR  72103

was served on 5/7/2014, with a summons requiring an answer within 21 days from that date, and no answer or other responsive pleading has been filed.

Pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, default is herein entered against the defendant (s):

RJs Auto Sales Inc
d/b/a RJs Auto Sales
14203 Chicot Road
Mabelvale, AR  72103

James W. McCormack, Clerk

/s/ M. Zelhof

By Deputy Clerk