**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**NEXTGEAR CAPITAL INC.**                                                       **PLAINTIFF**

**V.**                                        **4:14CV00256 JM**

**ARKANSAS AUTO EXCHANGE INC.;**
**RJs AUTO SALES INC., d/b/a RJs Auto**
**Sales;  RODNEY F. BOWDEN; and**
**SIMMONS FIRST NATIONAL BANK**                                **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff filed the Complaint in this case on April 25, 2014.  Plaintiff entered a Stipulation

of Dismissal of Claims against Defendant Simmons First National Bank on July 21, 2014.

Plaintiff served Defendants RJs Auto Sales and Rodney F. Bowden with summonses on May 7,

2014.

Rule 4 of the Federal Rules of Civil Procedure requires a plaintiff to serve a summons

and a copy of the complaint on each defendant in the case within 120 days after the complaint is

filed.  *See* Fed. R. Civ. P. 4(c) and (m).  There is no indication in the record that Plaintiff has

served Defendant Arkansas Auto Exchange with a summons or copy of the Complaint as

required by Rule 4(c).  Rule 4(m) states in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court-on
> motion or on its own after notice to the plaintiff-must dismiss the action without
> prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m).

Accordingly, Plaintiff is directed to file proof that Defendant Arkansas Auto Exchange

was served on or before August 23, 2014.[1]  If the Plaintiff fails to file proof within fourteen (14)

---

[1] August 23, 2014 is 120 days after the date that Plaintiff filed the Complaint.

days of this Order, the claims against Arkansas Auto Exchange may be dismissed pursuant to

Rule 4(m).

The Clerk is directed to mail a copy of this Order to the Plaintiff via certified mail.

IT IS SO ORDERED this 12th day of January, 2015.

James M. Moody Jr.
United States District Judge