UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

---

**NEXTGEAR CAPITAL, INC.**

      **Plaintiff,**

VS.                                 **CASE NO. 4:14-cv-00256-JM**

**ARKANSAS AUTO EXCHANGE, INC.,**
**R J's AUTO SALES, INC. D/B/A**
**R J's AUTO SALES, RODNEY F. BOWDEN**
**A/K/A RODNEY FARRELL BOWDEN,**
**SIMMONS FIRST NATIONAL BANK**
**SUCCESSOR BY MERGER OF**
**METROPOLITAN NATIONAL BANK,**

      **Defendants.**

---

**PLAINTIFF'S RESPONSE TO ORDER**

---

      In response to the Court's Order of January 12, 2015 (ECF #28), Plaintiff Nextgear Capital, Inc. ("Nextgear") would respectfully state to the Court that it attempted service of process upon Defendant Arkansas Auto Exchange, Inc., but that service was returned (see ECF #20), and that therefore Plaintiff agrees that the Court should dismiss this case as to such Defendant without prejudice pursuant to Rule 4(M) or, in the alternative, Plaintiff can do so under Rule 41(a).

Respectfully submitted,

/s/ Henry C. Shelton, III
Henry C. Shelton, III (Arkansas Bar #2010015)
ADAMS AND REESE LLP
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, TN  38119
Telephone:  (901) 525-3234
Facsimile:  (901) 524-5419

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2015, a copy of the foregoing was filed with the electronic filing system which shall give notice of this filing to all counsel of record who have appeared in this matter.

/s/ Henry C. Shelton, III