IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**NEXTGEAR CAPITAL, INC.**                                                    **PLAINTIFF**

vs.                              4:14CV00256 JM

**ARKANSAS AUTO EXCHANGE, INC., et al**                        **DEFENDANTS**

### ORDER

On January 12, 2015, the Court ordered Plaintiff to provide proof of service as to Defendant Arkansas Auto Exchange, Inc. on or before January 26, 2015. Plaintiff has responded and confirms that service has not been accomplished on this Defendant.

Further, Plaintiff's Motion for Preliminary Injunction which was filed with the Complaint on April 25, 2014 is still pending before the Court. This motion appears to be a mere notice of intent as it does not seek a ruling from the Court. Plaintiff has not pursued the motion to date. Therefore, Plaintiff's Motion for Preliminary Injunction is DENIED without prejudice.

IT IS THEREFORE ORDERED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure that the claims against Defendant Arkansas Auto Exchange, Inc. are hereby dismissed without prejudice for failure to prosecute. Plaintiff's Motion for Preliminary Injunction (ECF No. 5) is DENIED without prejudice.

Dated this 22nd day of January, 2015.

_____
James M. Moody Jr
United States District Judge