UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

_____

**NEXTGEAR CAPITAL, INC.**

      **Plaintiff,**

VS.                                                                         CASE NO. 4:14-cv-00256-JM

**ARKANSAS AUTO EXCHANGE, INC.,
R J's AUTO SALES, INC. D/B/A
R J's AUTO SALES, RODNEY F. BOWDEN
A/K/A RODNEY FARRELL BOWDEN,
SIMMONS FIRST NATIONAL BANK
SUCCESSOR BY MERGER OF
METROPOLITAN NATIONAL BANK,**

      **Defendants.**
_____

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM
IN SUPPORT THEREOF
_____

      Plaintiff Nextgear Capital, Inc. ("Nextgear") moves the Court for a default judgment pursuant to Fed. R. Civ. Pro. 54 (b)(2) against Defendant R J's Auto Sales, Inc. d/b/a R J's Auto Sales (the "Defaulting Defendant") in the amount of $153,637.57. In support of this request, Nextgear would show that:

      1.    Nextgear filed its Complaint herein on April 25, 2014 (D.E. #1, the "Complaint") and served the Complaint and Summons upon the Defaulting Defendant on May 7, 2014.

      2.    At Nextgear's Request (D.E. #25), the Clerk entered default against Defaulting Defendant on January 7, 2015 (D.E. #27).

3. This Court's electronic docket shows that Defaulting Defendant has not moved to set the Entry of Default aside, or otherwise appear in this civil action.

4. The amount of the judgment to be entered is $153,637.57.

5. Plaintiff asks that this case be closed following the entry of a default judgment.

WHEREFORE, Nextgear moves for a default judgment in the amount of $153,637.57 against R J's Auto Sales, Inc. d/b/a R J's Auto Sales.

Respectfully requested,

/s/ Henry C. Shelton III
Henry C. Shelton III (Ark. Bar #2010015)
Henry.Shelton@arlaw.com
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2015, a copy of the foregoing was filed with the electronic filing system which shall give notice of this filing to all counsel of record who have appeared in this matter.

/s/ Henry C. Shelton, III