UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

---

NEXTGEAR CAPITAL, INC.

   Plaintiff,

VS.            CASE NO. 4:14-cv-00256-JM

ARKANSAS AUTO EXCHANGE, INC.,
R J's AUTO SALES, INC. D/B/A
R J's AUTO SALES, RODNEY F. BOWDEN
A/K/A RODNEY FARRELL BOWDEN,
SIMMONS FIRST NATIONAL BANK
SUCCESSOR BY MERGER OF
METROPOLITAN NATIONAL BANK,

   Defendants.

---

DEFAULT JUDGMENT

---

This matter came on to be heard upon Plaintiff's Motion for Default Judgment and Memorandum in Support Thereof ("Motion"), and upon the entire record herein, based upon all of which

IT IS ORDERED, that:

1. The Complaint is dismissed without prejudice as to Defendant Rodney Bowden, since the United States Bankruptcy Court for the Eastern District of Arkansas, a unit of this Court, has already entered a nondischargeable judgment against such Defendant, which Judgment the Court acknowledges.

2. Default Judgment is hereby entered against Defendant R J's Auto Sales, Inc. d/b/a R J's Auto Sales (the "Defaulting Defendant") in the amount of $153,637.57.

2

.

_____
JUDGE

Date: _____


APPROVED FOR ENTRY:


ADAMS AND REESE LLP
Attorneys for Plaintiff

By: */s/ Henry C. Shelton, III*
Henry C. Shelton, III (Ark. Bar #2010015)
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119
(901) 524-5271